## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

KELLY SULLIVAN-STOBBE,

                Plaintiff,

-vs-                                  Case No.  6:05-cv-896-Orl-28JGG

CHRISTIAN KOVATS, D.O., P.A.,
CHRISTIAN KOVATS,

                Defendants.

---

### ORDER

This case is before the Court on Defendants' Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. 9).  Plaintiff filed a response in opposition (Doc. 10).  For the reasons set forth below, Defendants Motion to Dismiss or, in the Alternative, Motion for More Definite Statement is **DENIED**.

Urging the Court to dismiss this case, Defendants assert that Plaintiff "was an exempt employee pursuant to the Fair Labor Standards Act and Florida law."  Defendants' Motion to Dismiss at ¶ 4.    In the alternative, Defendants allege that the Complaint fails to state a claim upon which relief can be granted in violation of Federal Rule of Civil Procedure 8.  Defendants' Motion to Dismiss at ¶¶ 6 & 7

A motion to dismiss should not be granted "unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."  Conley v. Gibson, 355 U.S. 41, 45-46 (1957); see also Slagle v. ITT Hartford, 102 F.3d 494,

497 (11th Cir. 1996).  All well-pled allegations of facts are accepted as true and the reasonable inferences therefrom are construed in the light most favorable to the plaintiff. E.g., Bryant v. Avado Brands, Inc., 187 F.3d 1271, 1274 n.1 (11th Cir. 1999). Applying this standard, Defendants' Motion to Dismiss must be denied.

Federal Rule of Civil Procedure 8(a) requires an original claim to contain "(2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The Complaint in this case meets those requirements.

Accordingly, Defendants Motion to Dismiss or, in the Alternative, Motion for More Definite Statement is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20___ day of August, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

-2-